# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**SHANNON W. SOSEBEE,**

        **Plaintiff,**

-vs-                                  **Case No.  6:05-cv-55-Orl-31KRS**

**ALL CABLING SOLUTIONS, INC. &
MICHAEL HARRISON,**

        **Defendants.**

_____

# ORDER

On December 20, 2005, Plaintiff moved for summary judgment as to liability only (Doc. 22).  Defendants do not oppose the motion (Doc. 26).  Accordingly, it is

**ORDERED** that Plaintiff's Motion for Summary Judgment is GRANTED as to the liability of both Defendants under the Fair Labor Standards Act, 29 U.S.C. section 201, *et seq.* (Count I) and Florida Statute section 448.08 (Count II).

**DONE** and **ORDERED** in Chambers, Orlando, Florida on January 24, 2006.

_____
GREGORY A. PRESNELL
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Party